[No. 30817-7-II.   Division Two.   December 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA THOMAS MINEER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05615-8, John A. McCarthy, J., entered August 29, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 30935-1-II.   Division Two.   December 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PENNIE ANN ROUTT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00284-9, Richard L. Brosey, J., entered October 8, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 30950-5-II.   Division Two.   December 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. THURMAN FINLEY SHERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02978-7, Lisa R. Worswick, J., entered October 3, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 21843-1-III.   Division Three.   December 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN CLAUDE McLERRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00923-2, Robert G. Swisher, J., entered February 28, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Kurtz, J.